UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHON R. MOORE,

                    Petitioner,

            -against-

MAHTAUB MOORE,

                    Respondent.

**ORDER**

26-cv-04940 (ER)

On June 10, 2026, Mahtaub Moore removed the instant action to this Court from the Family Court of the State of Delaware. *Moore v. Moore*, No. CN23-03101 (Del. Fam. Ct. 2023); Doc. 1.  However, a state court action can only be removed to the federal district court for the district where such action is pending.  28 U.S.C.A. § 1441(a); *Stroutsovsky v. Brik*, No. 23-cv-7503 (LTS), 2023 WL 6541999, at *1 (S.D.N.Y. Sept. 5, 2023).  Here, the only proper venue for removal is the United States District Court for the District of Delaware.  Removal to this Court is improper.  Therefore, this case is REMANDED pursuant to Title 28 United States Code Section 1447(c).  The Clerk of Court is respectfully directed to remand the action back to the Family Court of the State of Delaware.

        SO ORDERED.

Dated:   June 23, 2026
         New York, New York

_____
        Edgardo Ramos, U.S.D.J.